WILLIAM G. PUMPHREY, Respondent, *v.* B. F. CLARK AND J. M. FOSTER, Appellants.

*Practice—Supreme Court—Appeal.*—Judgment affirmed, on motion of respondent for failure to file transcript and prosecute appeal.

---

* The contrary rule was declared in Parker et als. v. Waugh et als., 34 Mo. 340—cited and approved in Bruce v. Vogel, 38 Mo. 100. It was not the common law practice to file a motion for rehearing or new trial upon orders overruling motions filed after verdict.

Snyder et ux. v. Hopkins.

*Appeal from Ozark Circuit Court.*

*John S. Meddill,* for respondent.

WAGNER, Judge, delivered the opinion of the court.

It appears from the record in this case that respondent obtained judgment in the Circuit Court of Ozark county, in February, 1861, from which judgment the appellants appealed to this court. But they have failed and neglected to prosecute their appeal as required by the statute, and the respondent now comes into court and presents a perfect transcript of the record, and asks that the judgment be affirmed. No cause being shown why said appeal has not been prosecuted, the judgment will be affirmed.

The other judges concur.